People v LaRay Williams, No. 138245; Court of Appeals No. 282324.

People v Joseph Smith, No. 138248; Court of Appeals No. 277901.

People v Roe, No. 138255; Court of Appeals No. 281544.

People v Lenero Thomas, No. 138259; Court of Appeals No. 280728.

People v John Ray, No. 138267; Court of Appeals No. 288438.

People v Darren Fox, No. 138276; Court of Appeals No. 282603.

People v William Moore, No. 138285; Court of Appeals No. 280192.

People v McCart, No. 138288; Court of Appeals No. 282085.

People v Blackshire, No. 138289; Court of Appeals No. 278467.

People v Wooll, No. 138293; Court of Appeals No. 279651.

People v Roger Johnson, No. 138295; Court of Appeals No. 287242.

Williams v Tharp, No. 138311; Court of Appeals No. 280938.

Van Elslander v Thomas Sebold & Associates, Inc, Nos. 138320 and 138322, Court of Appeals Nos. 274966 and 272396.

Bowser v Bowser, No. 138336; Court of Appeals No. 279007.

People v Nolan, No. 138339; Court of Appeals No. 288970.

People v Byrd, No. 138340; Court of Appeals No. 289813.

People v Lovell Finley, No. 138350; Court of Appeals No. 286105.

People v Cammon, No. 138357; Court of Appeals No. 288813.

People v Blunt, No. 138358; reported below: 282 Mich App 81.

People v Hamm, No. 138359; Court of Appeals No. 282744.

Edward C Levy Company v Metamora Township, No. 138362; Court of Appeals No. 279431.

People v Suddeth, No. 138371; Court of Appeals No. 280193.

People v Raar, No. 138376; Court of Appeals No. 279463.

Percival v Oakland County, No. 138377; Court of Appeals No. 287745.

People v Michael Ward, No. 138379; Court of Appeals No. 287819.

People v Siler, No. 138386; Court of Appeals No. 281527.

People v O'Brien, No. 138387; Court of Appeals No. 280670.

Simpson v Mobile Medical Response, Inc, No. 138388; Court of Appeals No. 283128.